IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:24-HC-2209-M

| | |
|---|---|
| ERICK RICHARD ROBINSON ) | |
| ) | |
| v. ) | |
| ) | **REASSIGNMENT ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ET AL., ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Richard E. Myers II, Chief United States District Judge, for all further proceedings. United States District Judge Terrence W. Boyle is no longer assigned to the case. **All future documents should reflect the revised case number of 5:24-HC-2209-M.**

SO ORDERED. This the 20th day of August, 2024.

/s/ Peter A. Moore, Jr.
Clerk of Court